7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Patricia A Hake
*Debtor*

**Norman Rouse**
  Plaintiff(s)

v.

**Gary Hake**
  Defendant(s)

*Bankruptcy Case No.*
12–30288–can7

*Adversary Case No.*
13–03009–can

# JUDGMENT

　　　　The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that judgment be entered against Gary Edward Hake in the amount of $10,000.00 plus interest as allowed by law from the date of this judgment.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 9/6/13

Court to serve